UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **CHARLES WALTERS,** | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No.3:04cv0607 AS |
| | ) | |
| **D. McBRIDE,** | ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM OPINION AND ORDER*

On or about September 20, 2004, *pro se* petitioner, Charles Walters, an inmate at the Indiana State Prison (ISP) in Michigan City, Indiana, filed a petition seeking relief under 28 U.S.C. §2254. The Motion to Dismiss and Memorandum filed on behalf of the respondent by the Attorney General of Indiana on March 16, 2005. Later on April 11, 2005, there was a notice filed which complied with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982).

The petitioner is a convicted felon serving a sentence imposed by a court in the State of Indiana. At the time of the filing of this petition, he was incarcerated in the ISP in this district. This is a prison disciplinary procedure. The sanction included loss of recreation and telephone privileges for one month, $110.00 in restitution, and disciplinary segregation for one month. None of that establishes a liberty interest. *Sandin v. Conner*, 515 U.S. 472 (1995) is directly applicable and is the appropriate basis for dismissal here.

The Attorney General has placed before this Court a series of documents designated A through E, both inclusive, which explicate in great detail the proceedings involved. After

examining such, the court remains of the view that *Sandin* clearly applies here and requires dismissal which is now **ORDERED** to be entered.  **IT IS SO ORDERED**.

    **DATED:**  May 13, 2005

                                    **s/ ALLEN SHARP**
                                  **ALLEN SHARP, JUDGE**
                                  **UNITED STATES DISTRICT COURT**